# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**BOBBY CURRY,**

    Plaintiff,

vs.                                        **CASE NO. 1:08cv140-MP/AK**

**DEPARTMENT OF CHILDREN**
**AND FAMILIES, et al.,**

    Defendants.

_____/

## O R D E R

This cause is before the Court upon referral from the Clerk of Court. Plaintiff, proceeding *pro se*, has filed a complaint. (Doc. 1). Local court rules provide that no "civil action commenced by *pro se* litigants under 42 U.S.C. § 1983, 28 U.S.C. §§ 1331, or 1346, shall be considered by the court unless the appropriate forms have been properly completed and filed by the litigant." N.D. Fla. Loc. R. 5.1(J)(2). Plaintiff must, therefore, submit an "amended complaint," clearly designated as such, on court forms which will be provided to him by the Clerk of Court.

As a secondary problem, Plaintiff has failed to file a motion to proceed in forma pauperis and affidavit of financial status or pay the filing fee. The Clerk shall send the form motion and affidavit, which must be completed in full, with the complaint form.

As a final note, the Court has done a cursory review of the complaint and finds that although Plaintiff has styled it a "writ of habeas corpus," he appears to be claiming

a denial of medical care.  It is not clear, however, and the Court may make a different determination once the form complaint is completed and returned.

It is, therefore,

**ORDERED:**

1.  The Clerk of Court is directed to forward to Plaintiff two (2) § 1983 complaint forms for non-prisoners, as well as a form motion for leave to proceed IFP and an Affidavit of Financial Status.

2.  Plaintiff shall have until **July 25, 2008**, to file an amended complaint on the proper forms, and either: (1) file a motion for IFP, or (2) pay the full $350.00 filing fee.

4.  **Failure to respond to this order as instructed will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of this court.**

**DONE AND ORDERED** this __7th__ day of July, 2008.

>   *s/ A. KORNBLUM*
>   **ALLAN KORNBLUM**
>   **UNITED STATES MAGISTRATE JUDGE**

Case No. 1:08cv-140-MP/AK