IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BOBBY CURRY,

    Plaintiff,

vs.                                    CASE NO. 1:08CV140-MP/AK

DEPARTMENT OF CHILDREN
AND FAMILIES, et al,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

Plaintiff was granted leave to proceed in forma pauperis and directed to file an amended pleading by Order dated September 23, 2008. (Doc. 8). This Order was returned as undeliverable. (Doc. 9). An Order to show cause was entered on October 21, 2008, directing a response on or before October 31, 2008. (Doc. 10). This, too, was returned as undeliverable, (doc. 11), but was re-mailed to a new address provided, but this, too, was returned as undeliverable. As of this date, there has been no further communication from the Plaintiff nor any other action taken to prosecute this action.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962). Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order. Plaintiff has not kept the Court advised of his current

address or complied with two orders of the Court (docs. 8 and 10), or otherwise prosecuted his lawsuit. Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice.

**IN CHAMBERS** at Gainesville, Florida, this **10th** day of February, 2009.

      *s/ A Kornblum*
      **ALLAN KORNBLUM**
      **UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

No. 1:08CV140-MP/AK