IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BOBBY CURRY,

    Plaintiff,

v.                                              CASE NO. 1:08-cv-00140-MP-AK

BAXTER, BILL BAXTER, CROMER, DEPARTMENT OF CHILDREN AND FAMILIES, JOHN DRYFUSS, CLAUDE WILLIAMS,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 12, Report and Recommendation of the Magistrate Judge, which recommends that this case be dismissed without prejudice for failure to prosecute. The time for filing objections has passed, and none have been filed. In fact, Plaintiff has not filed anything since July of 2008. Accordingly it is hereby

**ORDERED AND ADJUDGED:**

The Report and Recommendation of the Magistrate Judge (Doc. 12) is ADOPTED and incorporated herein, and this case is DISMISSED without prejudice.

**DONE AND ORDERED** this _5th_ day of April, 2010

                *s/Maurice M. Paul*
                Maurice M. Paul, Senior District Judge